COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


| | | |
|---|---|---|
| IN RE: ERIC FLORES, | § | No. 08-11-00363-CR |
| | § | ORIGINAL PROCEEDING |
| RELATOR. | | ON PETITION FOR WRIT OF |
| | § | MANDAMUS |
| | § | |

## **MEMORANDUM  OPINION**

Relator Eric Flores, *pro se*, has filed a petition for writ of mandamus requesting that this Court compel the Honorable Patrick Garcia, Judge of the 384th Judicial District Court of El Paso County to grant several pretrial motions, and admit certain evidence for trial.

Relief by writ of mandamus is appropriate in instances where the relator demonstrates there is no adequate remedy at law available to correct the alleged harm, and that the action sought is not discretionary. *See Simon v. Levario*, 306 S.W.3d 318, 320 (Tex.Crim.App. 2009)(orig. proceeding). Based on the record before us, Relator has not demonstrated he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.3. Accordingly, the petition is DENIED.


January 18, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)